```
                                              FILED
                                         IN CLERK'S OFFICE
                                      US DISTRICT COURT E.D.N.Y.

                                      ★    AUG 2 1 2018    ★
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BROOKLYN OFFICE

HAMDY MOHAMED, SR, on behalf of
himself and all others similarly situated,

Case No. 1:18-cv-03252-WFK-VMS

Plaintiffs,

**STIPULATION OF DISMISSAL**

-against-

CLIENT SERVICES INC.,

Defendant.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
         August 20, 2018

By: /s/ Daniel Louro
Daniel Louro, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel: (929) 575-4175
Dlouro@cml.legal
*Attorney for Plaintiff*

By: /s/ Brendan H. Little
Brendan H. Little, Esq
Lippes Mathias Wexler Friedman LLP
50 Fountain Plaza, Suite 1700,
Buffalo, NY 14202
Tel: (716) 853-5100
blittle@lippes.com
*Attorney for Defendant*

The application is ___ granted.
SO ORDERED ___ denied.
s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: Aug 20, 2018
       Brooklyn, New York